**Order entered March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00051-CV

**WINSTON ACQUISITION CORP, Appellant**

**V.**

**BLUE VALLEY APARTMENTS, INC., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01373**

## ORDER

The Court has before it the District Clerk's March 4, 2013 request for an extension of time in which to file the clerk's record. The Court **GRANTS** the request and **ORDERS** the District Clerk to file the clerk's record within thirty days of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE